UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALBERT JOHNSON, JR. and LOUIS HOUSEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>GEOFFREY SMITH, DEBORAH GUETTERMAN, DANA ALBRIGHT, DAVID JACKSON, CHRISTOPHER SMITH, and WATERFRONT SERVICES COMPANY,<br><br>Defendants. | Case No. 05-cv-4081-JPG |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

                                        **NORBERT JAWORSKI**

Dated: December 17, 2007                      By:s/Deborah Agans, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**